**Stuart BRAVERMAN, Appellant,**

**v.**

**Susan BRAVERMAN, Respondent.**

**No. WD 62102.**

Missouri Court of Appeals,
Western District.

Aug. 26, 2003.

Michael X. Edgett, Clinton, for appellant.

Lori J. Levine, Jefferson City, for respondent.

Before PAUL M. SPINDEN, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Stuart Braverman appeals the circuit court's judgment for Susan Braverman on her motion for contempt and awarding her $1269.45 for payment of past due extraordinary expenses, which she incurred on behalf of the Braverman children. We affirm. Rule 84.16(b).